## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

|  |  |
|---|---|
| **CHARLES LEE BROADY, JR.,**<br><br>      Plaintiff,<br><br>v.<br><br>**WARDEN BRUCE CHATMAN, UNIT MANAGER MILLER, CAPTAIN GEORGE BELL, and OFFICER CONKLIN**,<br><br>      Defendants. | Civil Action No. 5:14-CV-263 (HL) |

## ORDER

Before the Court is Plaintiff's Motion to Dismiss this Case Without Prejudice (Doc. 11). Defendants do not oppose the motion. Plaintiff's motion is granted, and this case is dismissed without prejudice.

**SO ORDERED**, this the 15th day of October, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr